**FILED**
JUN 15 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

PHILLIP A. TALBERT
United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0095 TLN |
|---|---|
| Plaintiff, | 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute Heroin and Methamphetamine; 21 U.S.C. § 841(a)(1) – Distribution of Heroin (7 counts); 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine (4 counts); 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine; 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm; 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |
| v. | |
| IBIS A. LUIS-FLORES AND STEVEN C. SACHAROW, | |
| Defendants. | |

## INDICTMENT

COUNT ONE: [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute Heroin and Methamphetamine]

The Grand Jury charges: T H A T

IBIS A. LUIS-FLORES and
STEVEN C. SACHAROW,

defendants herein, between on or about July 12, 2016, and continuing through on or about June 1, 2017, in the County of Sacramento, State and Eastern District of California, and elsewhere, did knowingly and intentionally conspire and agree with each other and with persons known and unknown to the Grand Jury to distribute at least 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, as well as 50 grams or more of methamphetamine (actual), all in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

1     The Grand Jury further charges: T H A T

2                    STEVEN C. SACHAROW,

3 defendant herein, committed this offense after he had been convicted of a felony drug offense that had

4 become final, specifically, Transportation/Sale of a Controlled Substance, in violation of California

5 Health & Safety Code § 11379(a), on or about December 13, 2011, in Placer County, California.

6 COUNT TWO: [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

7     The Grand Jury further charges: T H A T

8            IBIS A. LUIS-FLORES AND
             STEVEN C. SACHAROW,

9

10 defendants herein, on or about July 12, 2016, in the County of Sacramento, State and Eastern District of

11 California, did knowingly and intentionally distribute a mixture and substance containing a detectable

12 amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code,

13 Section 841(a)(1).

14     The Grand Jury further charges: T H A T

15                    STEVEN C. SACHAROW,

16 defendant herein, committed this offense after he had been convicted of a felony drug offense that had

17 become final, specifically, Transportation/Sale of a Controlled Substance, in violation of California

18 Health & Safety Code § 11379(a), on or about December 13, 2011, in Placer County, California.

19 COUNT THREE: [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

20     The Grand Jury further charges: T H A T

21                    STEVEN C. SACHAROW,

22 defendant herein, on or about August 16, 2016, in the County of Sacramento, State and Eastern District

23 of California, did knowingly and intentionally distribute a mixture and substance containing a detectable

24 amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code,

25 Section 841(a)(1).

26     The Grand Jury further charges: T H A T

27                    STEVEN C. SACHAROW,

28 defendant herein, committed this offense after he had been convicted of a felony drug offense that had

become final, specifically, Transportation/Sale of a Controlled Substance, in violation of California Health & Safety Code § 11379(a), on or about December 13, 2011, in Placer County, California.

COUNT FOUR: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

STEVEN C. SACHAROW,

defendant herein, on or about August 16, 2016, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute at least 50 grams of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges: T H A T

STEVEN C. SACHAROW,

defendant herein, committed this offense after he had been convicted of a felony drug offense that had become final, specifically, Transportation/Sale of a Controlled Substance, in violation of California Health & Safety Code § 11379(a), on or about December 13, 2011, in Placer County, California.

COUNT FIVE: [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

The Grand Jury further charges: T H A T

STEVEN C. SACHAROW,

defendant herein, on or about September 19, 2016, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges: T H A T

STEVEN C. SACHAROW,

defendant herein, committed this offense after he had been convicted of a felony drug offense that had become final, specifically, Transportation/Sale of a Controlled Substance, in violation of California Health & Safety Code § 11379(a), on or about December 13, 2011, in Placer County, California.

///

///

COUNT SIX: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

1     The Grand Jury further charges: T H A T

2                STEVEN C. SACHAROW,

3 defendant herein, on or about September 19, 2016, in the County of Sacramento, State and Eastern
4 District of California, did knowingly and intentionally distribute at least 50 grams of methamphetamine
5 (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section
6 841(a)(1).

7     The Grand Jury further charges: T H A T

8                STEVEN C. SACHAROW,

9 defendant herein, committed this offense after he had been convicted of a felony drug offense that had
10 become final, specifically, Transportation/Sale of a Controlled Substance, in violation of California
11 Health & Safety Code § 11379(a), on or about December 13, 2011, in Placer County, California.

12 COUNT SEVEN: [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

13     The Grand Jury further charges: T H A T

14                STEVEN C. SACHAROW,

15 defendant herein, on or about October 27, 2016, in the County of Sacramento, State and Eastern District
16 of California, did knowingly and intentionally distribute a mixture and substance containing a detectable
17 amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code,
18 Section 841(a)(1).

19     The Grand Jury further charges: T H A T

20                STEVEN C. SACHAROW,

21 defendant herein, committed this offense after he had been convicted of a felony drug offense that had
22 become final, specifically, Transportation/Sale of a Controlled Substance, in violation of California
23 Health & Safety Code § 11379(a), on or about December 13, 2011, in Placer County, California.

24 COUNT EIGHT: [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

25     The Grand Jury further charges: T H A T

26                IBIS A. LUIS-FLORES AND
                   STEVEN C. SACHAROW,
27

28 defendants herein, on or about December 13, 2016, in the County of Sacramento, State and Eastern

1  District of California, did knowingly and intentionally distribute a mixture and substance containing a
2  detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States
3  Code, Section 841(a)(1).
4      The Grand Jury further charges: T H A T
5             STEVEN C. SACHAROW,
6  defendant herein, committed this offense after he had been convicted of a felony drug offense that had
7  become final, specifically, Transportation/Sale of a Controlled Substance, in violation of California
8  Health & Safety Code § 11379(a), on or about December 13, 2011, in Placer County, California.
9  COUNT NINE: [21 U.S.C. § 841(a)(1) – Distribution of Heroin]
10     The Grand Jury further charges: T H A T
11            IBIS A. LUIS-FLORES AND
              STEVEN C. SACHAROW,
12
13 defendants herein, on or about February 9, 2017, in the County of Sacramento, State and Eastern District
14 of California, did knowingly and intentionally distribute at least 100 grams of a mixture and substance
15 containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21,
16 United States Code, Section 841(a)(1).
17     The Grand Jury further charges: T H A T
18            STEVEN C. SACHAROW,
19 defendant herein, committed this offense after he had been convicted of a felony drug offense that had
20 become final, specifically, Transportation/Sale of a Controlled Substance, in violation of California
21 Health & Safety Code § 11379(a), on or about December 13, 2011, in Placer County, California.
22 COUNT TEN: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]
23     The Grand Jury further charges: T H A T
24            STEVEN C. SACHAROW,
25 defendant herein, on or about March 15, 2017, in the County of Sacramento, State and Eastern District
26 of California, did knowingly and intentionally distribute at least 50 grams of methamphetamine (actual),
27 a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).
28     The Grand Jury further charges: T H A T

STEVEN C. SACHAROW,

defendant herein, committed this offense after he had been convicted of a felony drug offense that had become final, specifically, Transportation/Sale of a Controlled Substance, in violation of California Health & Safety Code § 11379(a), on or about December 13, 2011, in Placer County, California.

COUNT ELEVEN: [21 U.S.C. § 841(a)(1) – Distribution of Heroin]

The Grand Jury further charges: T H A T

IBIS A. LUIS-FLORES AND
STEVEN C. SACHAROW,

defendants herein, on or about April 27, 2017, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges: T H A T

STEVEN C. SACHAROW,

defendant herein, committed this offense after he had been convicted of a felony drug offense that had become final, specifically, Transportation/Sale of a Controlled Substance, in violation of California Health & Safety Code § 11379(a), on or about December 13, 2011, in Placer County, California.

COUNT TWELVE: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

IBIS A. LUIS-FLORES AND
STEVEN C. SACHAROW,

defendants herein, on or about April 27, 2017, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally distribute at least 50 grams of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges: T H A T

STEVEN C. SACHAROW,

defendant herein, committed this offense after he had been convicted of a felony drug offense that had become final, specifically, Transportation/Sale of a Controlled Substance, in violation of California Health & Safety Code § 11379(a), on or about December 13, 2011, in Placer County, California.

COUNT THIRTEEN: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine]

　　　　The Grand Jury further charges: T H A T

　　　　　　　　　　STEVEN C. SACHAROW,

defendant herein, on or about June 1, 2017, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least 50 grams of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

　　　　The Grand Jury further charges: T H A T

　　　　　　　　　　STEVEN C. SACHAROW,

defendant herein, committed this offense after he had been convicted of a felony drug offense that had become final, specifically, Transportation/Sale of a Controlled Substance, in violation of California Health & Safety Code § 11379(a), on or about December 13, 2011, in Placer County, California.

COUNT FOURTEEN: [18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm]

　　　　The Grand Jury further charges: T H A T

　　　　　　　　　　STEVEN C. SACHAROW,

defendant herein, on or about June 1, 2017, in the County of Sacramento, State and Eastern District of California, having been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically, Transportation/Sale of a Controlled Substance, in violation of California Health & Safety Code § 11379(a), on or about December 13, 2011, in Placer County, California, did knowingly possess one or more firearms, specifically:

> a Ruger .22 caliber pistol with serial number 18-19920; a Hi-Point 9mm caliber pistol with serial number P1894548; and a Navy Arms .44 caliber revolver with serial number 49527,

in and affecting commerce, in that said firearm had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) –

Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One through Thirteen of this Indictment, defendants IBIS A. LUIS-FLORES AND STEVEN C. SACHAROW shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

   a. All right, title, and interest in any and all property involved in violations of Title 21, United States Code, Section 841(a)(1), or conspiracy to commit such offenses, for which defendants are convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

   b. A sum of money equal to the total amount of proceeds obtained as a result of the offenses, or conspiracy to commit such offenses, for which defendants are convicted.

2. Upon conviction of the offense alleged in Count Fourteen of this Indictment, defendant STEVEN C. SACHAROW shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

3. If any property subject to forfeiture, as a result of the offense alleged in Counts One through Fourteen of this Indictment, for which defendants are convicted:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

///

///

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendants, up to the

1 | value of the property subject to forfeiture.

A TRUE BILL.

/s/ **Signature on file w/AUSA**

_____
FOREPERSON

*[signature]*
PHILLIP A. TALBERT
United States Attorney

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of California

Criminal Division

## THE UNITED STATES OF AMERICA
vs.

### IBIS A. LUIS-FLORES and STEVEN C. SACHAROW

## INDICTMENT

**VIOLATION(S):** 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute Heroin and Methamphetamine; 21 U.S.C. § 841(a)(1) – Distribution of Heroin (7 counts); 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine (4 counts); 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine; 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm; 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

A true bill,   /S/ Signature on file w/AUSA

_____
Foreman.

Filed in open court this __15__ day of __JUNE__, A.D. 20_17_

_____
Clerk.

Bail, $ _____ NO PROCESS NECESSARY

GPO 863 525

## United States v. IBIS A. LUIS-FLORES & STEVEN C. SACHAROW
**Penalties for Indictment**

**Defendants**
IBIS A. LUIS-FLORES
STEVEN C. SACHAROW

**COUNT 1:**       IBIS A. LUIS-FLORES
                   STEVEN C. SACHAROW

VIOLATION:   21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Distribute Heroin (100 grams or more) and Methamphetamine (50 grams or more)

PENALTIES:   Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNTS 2, 8, 11:**   IBIS A. LUIS-FLORES
                       STEVEN C. SACHAROW

VIOLATION:   21 U.S.C. § 841(a)(1) – Distribution of Heroin (no weight alleged)

PENALTIES:   A maximum of up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNTS 3, 5, 7:**    STEVEN C. SACHAROW

VIOLATION:   21 U.S.C. § 841(a)(1) – Distribution of Heroin (no weight alleged)

PENALTIES:   A maximum of up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNTS 4, 6, 10:** | **STEVEN C. SACHAROW** |

VIOLATION: 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine (50 grams or more)

PENALTIES: Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 9:** | **IBIS A. LUIS-FLORES**<br>**STEVEN C. SACHAROW** |

VIOLATION: 21 U.S.C. § 841(a)(1) – Distribution of Heroin (100 grams or more)

PENALTIES: Mandatory minimum of 5 years in prison and a maximum of up to 40 years in prison; or
Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of at least 4 years up to life

| | |
|---|---|
| **COUNT 12:** | **IBIS A. LUIS-FLORES**<br>**STEVEN C. SACHAROW** |

VIOLATION: 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine (50 grams or more)

PENALTIES: Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 13:** | **STEVEN C. SACHAROW** |

VIOLATION: 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine (50 grams or more)

PENALTIES:   Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 14:**   **STEVEN C. SACHAROW**

VIOLATION:   18 U.S.C. § 922(g) - Felon in possession of firearm

PENALTIES:   Not more than 120 months,
Not more than $250,000 fine or both
A three-year term of Supervised Release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**   **BOTH DEFENDANTS**

VIOLATION:   21 U.S.C. § 853(a) - Criminal Forfeiture

18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES:   As stated in the charging document