PHILLIP A. TALBERT
United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00095-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| IBIS A. LUIS-FLORES AND STEVEN C. SACHAROW, | DATE: July 27, 2017 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1.By previous order, this matter was set for status on July 27, 2017.

2.By this stipulation, defendants now move to continue the status conference until September 7, 2017, at 9:30 a.m., and to exclude time between July 27, 2017, and September 7, 2017, under Local Code T4.

3.The parties agree and stipulate, and request that the Court find the following:

a)The government has represented that the discovery associated with this case includes, among other things, a considerable number of investigative reports. The government has produced about one hundred pages of these reports thus far. This week the government expects to produce several hundred additional pages (which required careful redactions) as well as many audio recordings and other items of surveillance. This material will take up several

DVDs.

  b) Counsel for defendants desire additional time to consult with his/her client, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with his/her client, to prepare pretrial motions, and to otherwise prepare for trial.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 27, 2017 to September 7, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[*Cont'd next page*.]

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 25, 2017					PHILLIP A. TALBERT
							United States Attorney

							/s/ ROSS K. NAUGHTON
							ROSS K. NAUGHTON
							Assistant United States Attorney


Dated:  July 25, 2017					/s/ DAVID D. FISCHER
							DAVID D. FISCHER
							Counsel for Defendant
							IBIS A. LUIS-FLORES


Dated:  July 25, 2017					/s/ SHARI G. RUSK
							SHARI G. RUSK
							Counsel for Defendant
							STEVEN C. SACHAROW


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 25th day of July, 2017.

							Troy L. Nunley
							United States District Judge

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

3