UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
August 1, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>v.  )<br>  )<br>IBIS ALBERTO LUIS-FLORES,  )<br>  )<br>Defendant.  ) | Case No. 2:17-CR-00095-TLN-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>IBIS ALBERTO LUIS-FLORES</u>, Case No. <u>2:17-CR-00095-TLN-1</u>, Charge <u>21 USC §§ 846; 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>75,000 (secured by available equity)</u>

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        ✔ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other) <u>With pretrial supervision and conditions of release as stated on the record in open court. USM shall release defendant tomorrow morning (8/2/2017) at 9:00 a.m. to Pretrial Services.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 1, 2017</u> at <u>12:50</u> pm.

By /s/ Deborah Barnes
Deborah Barnes
United States Magistrate Judge