PHILLIP A. TALBERT
United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IBIS A. LUIS-FLORES AND STEVEN C. SACHAROW,<br><br>Defendants. | CASE NO. 2:17-CR-00095-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 7, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on September 7, 2017.

2. By this stipulation, defendants now move to continue the status conference until November 2, 2017, at 9:30 a.m., and to exclude time between September 7, 2017, and November 2, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes, among other things, a considerable number of investigative reports. The government has produced several hundred pages of reports and other investigative material, as well as many audio and video recordings and other items of surveillance taking up several DVDs.

///

///

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

1

///

      b)     This week the government intends to re-produce video recordings that did not record properly when first produced.

      c)     Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with his/her client, to prepare pretrial motions, and to otherwise prepare for trial.

      d)     Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)     The government does not object to the continuance.

      f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 7, 2017 to November 2, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[*Cont'd next page*.]

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 5, 2017           PHILLIP A. TALBERT
                                   United States Attorney

                                   /s/ ROSS K. NAUGHTON
                                   ROSS K. NAUGHTON
                                   Assistant United States Attorney


Dated: September 5, 2017           /s/ DAVID D. FISCHER
                                   DAVID D. FISCHER
                                   Counsel for Defendant
                                   IBIS A. LUIS-FLORES

Dated: September 5, 2017           /s/ SHARI G. RUSK
                                   SHARI G. RUSK
                                   Counsel for Defendant
                                   STEVEN C. SACHAROW

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 5th day of September, 2017.

_____
Troy L. Nunley
United States District Judge