1  DAVID D. FISCHER, SBN 224900
2  LAW OFFICES OF DAVID D. FISCHER, APC
   5701 Lonetree Blvd., Suite 312
3  Rocklin, CA 95765
   Telephone:   (916) 447-8600
4  Fax:         (916) 930-6482
5  E-Mail:      davefischer@yahoo.com

6  Attorney for Defendant
7  IBIS LUIS-FLORES

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR.S. No. 2:17-CR-00095 TLN |
|---|---|
| Plaintiff, | |
| v. | **UNOPPOSED MOTION AND ORDER TO MODIFY CONDITIONS OF RELEASE TO REMOVE THE LOCATION MONITORING AND CURFEW CONDITIONS** |
| IBIS LUIS-FLORES, | |
| Defendant. | |

Defendant, IBIS LUIS-FLORES, respectfully requests that the appearance bond be modified to remove the location monitoring and curfew condition. Proposed Amended Conditions of Release prepared by the Pretrial Services Agency are attached. Neither the Pretrial Services Agency or the assigned government counsel oppose this request, and all remaining conditions of release will remain in full force and effect.

- 1 -

|     |                              |                                |
| --- | ---------------------------- | ------------------------------ |
|     |                              | Respectfully submitted,        |
|     | Dated:   September 11, 2018  | /s/ David D. Fischer           |
|     |                              | DAVID D. FISCHER               |
|     |                              | Attorney for Defendant         |
|     |                              | IBIS LUIS-FLORES               |

**IT IS SO ORDERED**

Dated:  September 17, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE