## AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Luis-Flores, Ibis Alberto
No.: 2:17-CR-00095-TLN-1
Date:September 10, 2018

1. Your release on bond will be delayed until the secured bond is posted at which time you will be released directly from the U.S. Marshal's custody to Pretrial Services;
2. You must report to and comply with the rules and regulations of the Pretrial Services Agency;
3. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;
4. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
5. You must cooperate in the collection of a DNA sample;
6. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;
7. You must file a Declaration of Lost Passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;
8. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;
9. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;
10. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;
11. You must not associate or have any contact with your co-defendant unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;
12. You must report any contact with law enforcement to your pretrial services officer within 24 hours; and
13. Before obtaining any employment, you must provide documentation to Pretrial Services from Immigration officials authorizing you to obtain lawful employment in the United States.