DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail:  davefischer@yahoo.com

Attorney for Defendant
IBIS LUIS-FLORES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

IBIS A. LUIS-FLORES AND
STEVEN C. SACHAROW,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2:17-CR-0095 TLN

STIPULATION REGARDING
EXCLUDABLE TIME PERIODS UNDER
SPEEDY TRIAL ACT; FINDINGS AND
ORDER

DATE:  May 30, 2019
TIME:   9:30 a.m.
COURT:  Hon. Troy L. Nunley

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the

defendants, by and through each counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on May 30, 2019.

2.      By this stipulation, the defendants now move to continue the status conference

until July 11, 2019 at 9:30 a.m. and to exclude time between May 30, 2019, and July 11, 2019,

under Local Code T4.  Plaintiff does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      The government has represented that the discovery associated with this case

1

includes, among other things, a considerable number of investigative reports. The government has produced several hundred pages of reports and other investigative material, as well as many audio and video recordings and other items of surveillance taking up several DVDs.

b.      Counsel for the defendants desires additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

c.      Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.      The government does not object to the continuance.

e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 30, 2019, and July 11, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 24, 2019

MCGREGORY W. SCOTT
U.S. ATTORNEY

By: /s/ David D. Fischer for
JAMES R. CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: May 24, 2019

/s/ David D. Fischer for
SHARI RUSK
Attorney for Defendant
STEVEN C. SACHAROW

Dated: May 24, 2019

/s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
IBIS LUIS-FLORES

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 24th day of May, 2019.

_____
Troy L. Nunley
United States District Judge