```
PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IBIS A. LUIS-FLORES AND STEVEN C. SACHAROW,<br><br>Defendants. | CASE NO. 2:17-CR-0095-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 16, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

By previous order, this matter was set for status on June 16, 2022. Since that time, defendant Ibis Luis-Flores' whereabouts have become unknown. Pretrial Services has filed a Pretrial Release Violation Petition, seeking his arrest. ECF No. 132.

Co-defendant Steven Sacharow has pleaded guilty in this matter and been sentenced, and therefore does not join in this stipulation.

**STIPULATION**

1. By this stipulation, the defendant, defense counsel for Ibis Luis-Flores now moves to continue the status conference until August 25, 2022, at 9:30 a.m., and to exclude time between June 16, 2022, and August 25, 2022, under Local Code M.

2. Defense counsel and the government agree and stipulate, and ask that the Court find, that defendant Ibis Luis-Flores' whereabouts are unknown at this time, despite the exercise of due diligence.

The parties ask that the Court find for the purposes of computing time for this defendant under the Speedy Trial Act, within which trial must commence, the time period of June 16, 2022 to August 25, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(3)(A) & (B) [Local Code M].

3. The government does not object to continuing this matter to a later status so that defense counsel can determine the best way to proceed.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 14, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated: June 14, 2022

/s/ DAVID D. FISCHER
DAVID D. FISCHER
Counsel for Defendant
IBIS A. LUIS-FLORES

**ORDER**

IT IS SO FOUND AND ORDERED this 14th day of June, 2022.

Troy L. Nunley
United States District Judge

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

2