PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00095-TLN |
|---|---|
| Plaintiff, | STIPULATION FOR DECLARATION OF BAIL FORFEITURE AND ENTRY OF DEFAULT JUDGMENT; ORDER |
| v. | |
| IBIS A. LUIS-FLORES, | |
| Defendant. | |

The parties, the United States and the surety on the bond discussed herein, Ignacio Orozco-Zaragoza, agree and stipulate as follows:

1. On June 15, 2017, defendant Ibis Luis-Flores was indicted on one count of conspiracy to distribute and to possess with intent to distribute methamphetamine and heroin, four counts of distribution of heroin, and one count of distribution of methamphetamine. ECF No. 14.

2. On July 19, 2017, an Order Setting Conditions of Release was filed. ECF No. 22. On July 31, 2017, an Appearance Bond was filed, ordering Luis-Flores released upon posting $75,000 property bond, to be forfeited in the event Luis-Flores failed to appear for court proceedings or, if convicted, he failed to surrender to serve a sentence that the Court may impose. ECF No. 29. By its plain terms, the bond was secured by Mr. Orozco-Zaragoza's agreement to forfeit his "equity in the real

1 property located at 3643 Branch St, Sacramento, CA 95838," and was signed by both Luis-Flores and Mr. Orozco-Zaragoza. *Id*.

3. Paperwork for the secured bond was prepared by the defense, approved by the United States Attorney's Office, and filed with the Court. ECF No. 31; (See Exhibit 1 – Note executed by Ignacio Orozco Zaragoza, and Deed of Trust, Doc.# 201707310849, recorded in Sacramento County on July 31, 2017 ("Deed of Trust")).

4. On May 31, 2022, a Pretrial Services Violation Petition was filed, setting forth conduct of Luis-Flores that violated the terms of his pretrial release. ECF No. 132. Specifically, it alleged that Luis-Flores had been absent from his approved residence for more than 24 hours, without the prior approval of Pretrial Services, and that his whereabouts were unknown at that time. *Id*. In response, the Court issued a bench warrant for Luis-Flores' arrest. *Id*. at 2.

5. At the time of this writing, Luis-Flores remains a fugitive. Mr. Orozco-Zaragoza does not know the whereabouts of Luis-Flores and has no way to contact him.

6. Luis-Flores has violated the terms of his pretrial release and failed to appear in court as ordered and, therefore, a condition of the bond has been breached. 18 U.S.C. § 3146(d). The Court must therefore declare the bail forfeited. Fed. R. Crim. P. 46(f)(1).

7. The United States seeks entry of an order declaring the bond forfeited and entry of default judgment as to surety Mr. Orozco-Zaragoza. Fed. R. Crim. P. 46(f)(1), 46(f)(3)(A).

8. Mr. Orozco-Zaragoza is in the process of selling the real property that is the subject of the Deed of Trust, 3643 Branch Street, Sacramento. He agrees to entry of default judgment against him, and he intends to satisfy the $75,000 bond forfeiture judgment against him from the sale proceeds. The anticipated closing date is May 13, 2024.

## STIPULATION

The Parties hereby stipulate and agree that:

1. The Court should enter an order declaring the bond forfeited pursuant to Fed. R. Crim. P. 46(f)(1) and enter default judgment against surety Ignacio Orozco-Zaragoza in the amount of $75,000 pursuant to Fed. R. Crim. P. 46(f)(3)(A).

2. Upon entry of default judgment, the United States will provide the judgment and an escrow demand for $75,000 to the escrow agent handling Mr. Orozco-Zaragoza's sale of the 3643 Branch Street property so that the $75,000 can be paid through escrow as directed by the Court.

3. Each party shall bear its own fees and costs.

**Agreed to and approved:**

| Dated: May 16, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ JAMES R. CONOLLY<br>JAMES R. CONOLLY<br>Assistant United States Attorney |
| Dated: May 20, 2024 | /S/<br>IGNACIO OROZCO-ZARAGOZA<br>Surety |

**Approved as to form:**

| Dated: May 20, 2024 | /S/<br>HELLEN HERNANDEZ<br>Counsel for Surety<br>IGNACIO OROZCO-ZARAGOZA |
|---|---|

### ORDER

The Court, having reviewed the court files and the Stipulation for Declaration of Bail Forfeiture and Entry of Default Judgment, and good cause appearing therefrom, hereby FINDS and ORDERS as follows:

1. The Stipulation is approved in its entirety;

2. The defendant, Ibis Luis-Flores, has violated the terms of his pretrial release and failed to appear in court as ordered, and therefore a condition of his Appearance Bond has been breached. The $75,000 bond, secured by Ignacio Orozco-Zaragoza's interest in the real property located at 3643 Branch Street, Sacramento, CA 95838, is therefore forfeited. 18 U.S.C. § 3146(d); Fed. R. Crim. P. 46(f)(1);

3. The Clerk of Court is directed to immediately enter a default judgment against surety Ignacio Orozco-Zaragoza pursuant to Rule 46(f)(3)(A) of the Federal Rules of Criminal Procedure;

4. The escrow agent handling the surety's sale of the real property located at 3643 Branch Street, Sacramento, CA 95838, shall pay $75,000 of the sale proceeds to the Clerk of the Court for the Eastern District of California by a check, cashier's check, or money order made payable to "Clerk of the Court" and delivered to the following address:

> United States District Court
> Clerk of the Court
> 501 I Street, Suite 4-200
> Sacramento, California 95814

Criminal docket number **2:17-CR-95-TLN** shall be stated on the payment instrument;

5. Upon confirmation that the $75,000.00 has been received and cleared, the Clerk of the Court for the Eastern District of California shall prepare a reconveyance of the Deed of Trust (Doc# 201707310849) and forward it to the escrow agent or Mr. Orozco-Zaragoza for recording;

6. The Clerk of the Court shall deposit the $75,000.00 with the Crime Victim's Fund; and

7. Each party shall bear its own fees and costs.

IT IS SO FOUND AND ORDERED this 6th day of June, 2024.

_____
Troy L. Nunley
United States District Judge