IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>IBIS LUIS-FLORES,<br><br>      Defendant.<br><br>IGNACIO OROZCO-ZARAGOZA,<br><br>      Surety. | CASE NO. 2:17-CR-0095-TLN<br><br>JUDGMENT AGAINST DEFENDANT IBIS LUIS-FLORES AND SURETY IGNACIO OROZCO-ZARAGOZA |

   Pursuant to Federal Rule of Criminal Procedure 46(f)(3)(A), judgment is entered in favor of the United States as follows:

   1.  For the reasons stated in the Stipulation for Declaration of Bail Forfeiture and Entry of Default Judgment and Order entered by this Court on June 6, 2024 (see ECF No. 140), Defendant Ibis Luis-Flores is liable to the United States for the amount of the forfeited bail, $75,000, together with interest and costs as allowed by law;

/ / /

/ / /

/ / /

2. Surety Ignacio Orozco-Zaragoza is liable to the United States as to $75,000 of the forfeited bail, jointly and severally with Defendant Ibis Luis-Flores, together with interest and costs as allowed by law.

The Clerk shall serve Surety Ignacio Orozco-Zaragoza by mail with this judgment.

KEITH HOLLAND, Clerk

Dated:   06/06/2024

By J. Donati, Deputy Clerk